UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON MAROLDI, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>MACY'S INC., MACY'S RETAIL HOLDINGS, INC., and MACY'S SYSTEMS AND TECHNOLOGY, INC.<br><br>*Defendants* | Case No.: 2:18-cv-12190(JMV)(JBC) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sharon Maroldi hereby notices her dismissal of the above styled case with prejudice. As Defendant has neither answered nor moved for summary judgment, this notice of dismissal is effective upon its filing.

Filed this 19th day of April 2019, by:

*/s/ Taylor C. Bartlett*
Taylor C. Bartlett
New Jersey Bar No. 142752015
Heninger Garrison Davis, LLC
220 Saint Paul Street
Westfield, NJ 07090
taylor@hgdlawfirm.com

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/22/19

## CERTIFICATE OF SERVICE

The above document was filed via the Court's CM/ECF system which automatically sends electronic notice to all counsel of record of the filing.

*/s/ Taylor C. Bartlett*
Taylor C. Bartlett